UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| WILSON CABALLEROS CABRERA, | ) | CASE NO. 17-54296-LRC |
| | ) | |
| DEBTOR. | ) | |

---

| | | |
|---|---|---|
| GUY G. GEBHARDT, | ) | |
| ACTING U.S. TRUSTEE, REGION 21, | ) | |
| MOVANT | ) | |
| | ) | |
| V. | ) | CONTESTED MATTER |
| | ) | |
| TERRY LYNNE RUSS, ESQ., | ) | |
| THE RUSS LAW GROUP, INC., and | ) | |
| KEN WILLIAMS, | ) | |
| RESPONDENTS | ) | |

## NOTICE OF RESCHEDULED DEPOSITION

Pursuant to Federal Rules of Bankruptcy Procedure 9014 and 7030, and with consent of the witness, the United States Trustee will take the deposition of **Terry Lynne Russ, Esq**., in connection with the Motion for Review of Conduct and Fees of Debt Relief Agencies (Dkt. No. 49). The deposition will be recorded by stenographic transcript before an officer duly authorized by law to take depositions. The deposition will take place at the office of the United States Trustee, Richard Russell Building and U.S. Courthouse, Suite 362, 75 Ted Turner Drive S.W., Atlanta, Georgia 30303, on **January 16, 2018**, beginning at 10:00 a.m. Ms. Russ will appear by telephone. The deposition will be taken for all purposes allowed by law.

    GUY G. GEBHARDT
    ACTING UNITED STATES TRUSTEE
    REGION 21

    *s/ Jeneane Treace*
    R. Jeneane Treace
    Georgia Bar No. 716620

United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
(404) 331-4437
jeneane.treace@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on December 6, 2017, I served a copy of this notice upon the following persons by First Class United States Mail.

The Russ Law Group, Inc.
3333 Piedmont Road, Suite 2050
Atlanta, Georgia  30305

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Tyrone Paul Russ, Sr. (Registered Agent)
The Russ Law Group, Inc.
3333 Piedmont Road, Suite 2050
Atlanta, Georgia  30305

Wilson Caballeros
880 Wisteria View Ct.
Dacula, GA 30019

Terry Lynne Russ, Esq.
5664 Dillwood Crescent
Lithonia, Georgia  30058

Melissa Davey
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

Herman R. Tunsil, Esq.
Law Office of Herman R. Tunsil
1141 Sheridan Road NE
Atlanta, Georgia 30324

I served a copy of the notice upon Ken Williams by email transmission addressed to: kenwilliams1128@gmail.com.

*s/ Jeneane Treace*
R. Jeneane Treace
Georgia Bar No. 716620